AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL

438154

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

V.

JONATHAN DAVID DILLS

(Name and Address of Defendant)

WARRANT FOR ARREST

Case Number: CR 03-00319SOM-02

FILED IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 2 2 2007
at 8 o'clock and 52 a .m.
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST Jonathan David Dills and bring him or her forthwith to the nearest district/ magistrate judge to answer an Order of Court , charging him or her with (brief description of offense)

TO BE BROUGHT BEFORE to show cause why supervision should not be revoked.
U.S. District Court - Hawaii
Prince Kuhio Federal Building - Court House
300 Ala Moana Blvd.
Honolulu, HI  96850

SEALED BY ORDER OF THE COURT

U.S. MARSHALS SERVICE HONOLULU, HI
2006 AUG -3 PM 2:49
RECEIVED

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| /s/ Laila M. Geronimo | August 2, 2006 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL        By: Susan Oki Mollway, United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Hilo, Hawaii | | |
| Date Received 8/3/06 | NAME AND TITLE OF ARRESTING OFFICER Arthur Oh/DUSM | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest 5/21/07 | | |