# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 03-00319SOM |
| CASE NAME: | USA vs (02) Jonathan David Dills |
| ATTYS FOR PLA: | Darren Ching<br>Lisa Jicha (USPO) |
| ATTYS FOR DEFT: | 02 Barry Edwards |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 6/29/2007 | TIME: | 9:05 - 9:50 |

COURT ACTION:  EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant admits to all 4 violations.

Court finds that there is sufficient evidence to support the violations and the defendant has not met the conditions of supervision.

Supervised release is revoked.

ADJUDGED:

Imprisonment: 16 Months.

No further supervised release to be imposed.

Defendant advised of his right to appeal.

Defendant remanded to the custody of the USM.

Mittimus forthwith.

Submitted by: Toni Fujinaga, Courtroom Manager.