AO 245B  (Rev. 6/05) Judgment in a Criminal Case
         Sheet 2 - Imprisonment

CASE NUMBER:    1:03CR00319-002                           Judgment - Page 3 of 3
DEFENDANT:      JONATHAN DAVID DILLS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: SIXTEEN (16) MONTHS

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

*FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII — JUL 31 2007 at 8 o'clock and 30 min a M, SUE BEITIA, CLERK*

## RETURN

I have executed this judgment as follows:

Defendant delivered on 7-20-07 to FDC Honolulu
at Honolulu, HI, with a certified copy of this judgment.

John T. Rathman
WARDEN ~~UNITED STATES MARSHAL~~

By  W. Tsai
    LIE  ~~Deputy U.S. Marshal~~