cc Arangal

AO 245B    (Rev. 6/05) Judgment in a Criminal Case
           Sheet 2 - Imprisonment

CASE NUMBER:      1:03CR00319-002 som            Judgment - Page 3 of 3
DEFENDANT:        JONATHAN DAVID DILLS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: SIXTEEN (16) MONTHS

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 06 2007

at 8 o'clock and 55 min. A M.
SUE BEITIA, CLERK

[ ]  The court makes the following recommendations to the Bureau of Prisons:

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
     [ ] at ___ on ___.
     [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     [ ] before _ on ___.
     [ ] as notified by the United States Marshal.
     [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  7-20-07  to  FDC Honolulu
at  Honolulu, HI , with a certified copy of this judgment.

John T. Rathman
WARDEN ~~UNITED STATES MARSHAL~~

By    W. Tsai
      LIE  ~~Deputy U.S. Marshal~~